IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHARLES MICHAEL HALL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, BILL E. WHALEN, JR., THOMAS J. WATSON, MICHAEL C. UNDERWOOD, and LIEUTENANT SHERMAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 2:21-cv-00140-JPH-MJD

> The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 38.
> JPH, 4/27/2022
> Distribution via ECF and to Plaintiff via U.S. Mail.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com
*Court-Appointed Counsel for Plaintiff*

ZACHARY A. MYERS
United States Attorney

By: */s/ Rachana N. Fischer*
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email: rachana.fischer@usdoj.gov
*Counsel for the Defendants*

DMS 22512416.1